# UNITED-STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

CHAMBERS OF
**MICHAEL BOUDIN**
CHIEF JUDGE

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 7710
BOSTON, MA 02210
(617) 748 - 4431

August 4, 2009

Committee on Financial Disclosure
Judicial Conference of the United States Courts
One Columbus Circle, N.E.
Washington, D.C.   20544

Re:  AMENDED 2008 Financial Disclosure Report

To the Committee:

Thank you for your letter of July 24, 2009.  An amended original and three copies is attached supplying each item of information inadvertently omitted.  The information was furnished by the accountant but not fully transcribed.

Sincerely,

Enclosures 4

RECEIVED

**Boudin, Michael (NMI)**

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BOUDIN, MICHAEL (NMI) | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 1ST CIR | 3. Date of Report<br><br>08/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 7710<br>BOSTON, MASSACHUSETTS 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ ·   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Council | American Law Institute |
| 2. Trustee or Co-trustee | Trust #1, Trust #2 and Trust #3 |
| 3. Editorial Advisor | Daedelus (Journal of the American Academy of Arts and Sciences) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. [N/A] | Vested pension plan account at former law firm, Covington & Burling |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Harvard Law School - teaching | $25,830.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Professorship at Harvard Law School ⬤ |
| 2. 2008 | Harvard University Press Book Royalties ⬤ |
| 3. 2008 | Article for Constitutional Law Symposium ⬤ |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Virginia Law School | 3/28-3/30 | Charlottesville, VA | Moot Court | University of Virginia Law School--transportation, meals and lodging |
| 2. American Law Institute | 10/5-10/7 | New York, New York | Attendance at Council mtg | American Law Institute--transportation and meals |
| 3. American Law Institute | 12/04-12/05 | Philadelphia, PA | Attendance at Council mtg | American Law Institute--transportation, meals and lodging |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Eastern Co. ● | Blanket mortg. on ■■■ home and rental property, Wellfleet, MA | M |
| 2. GMAC ● | Mortg. on rental prop. #1, Cambridge, MA | M |
| 3. GMAC ● | Mortg. on rental prop. #2, Cambridge, MA | N |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. C & B PENSION PLAN (see note 1) | G | Int./Div. | P1 | T | | | | | |
| 2. - Ranier Small/Mid Cap Equity | | | | | | | | | |
| 3. - Schwab Stable Value Instl Class II | | | | | | | | | |
| 4. TIAA-CREF RETIREMENT PLAN (see note 1) | C | Int./Div. | L | T | | | | | |
| 5. - TIAA Traditional | | | | | | | | | |
| 6. - CREF Stock | | | | | | | | | |
| 7. Bank of America acount Bos, MA | B | Interest | L | T | | | | | |
| 8. TD BankNorth acc't Wellfleet,MA | A | Interest | J | T | | | | | |
| 9. UBS FINANCIAL SERVICES, INC. | | | | | | | | | |
| 10. RMA Government Portfolio (UBS) | A | Interest | N | T | Cash Transfer In | 10/1 | N | A | |
| 11. -Dryden Nat. Muni Fund (UBS) | A | Interest | J | T | | | | - | |
| 12. - Dul.,MN Pub. Hsg Auth. Bds(09) (UBS) | B | Interest | K | T | | | | | |
| 13. - RMA Money Market Portfolio (UBS) | A | Dividend | | | Cash Transfer Out | 9/26 | J | A | |
| 14. - UBS US Allocation Fund C (UBS) | C | Dividend | M | T | | | | | |
| 15. - Youngstown, OH Pub. Housing Bonds (08) (UBS) | A | Interest | | | Redemption | 7/1 | J | A | |
| 16. UBS Bank USA deposit account (UBS) | D | Interest | L | T | Cash Transfer Out | 9/30 | N | A | |
| 17. MORGAN STANLEY | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Standard & Poor's Dep. Recpts (MS) | C | Dividend | M | T | | | | | |
| 19. - Active Assets Tax Free Trust Account (cash equiv.) (MS) | D | Interest | N | T | | | | | |
| 20. - Springfield, MA Bonds (12) (MS) | B | Interest | K | T | | | | | |
| 21. - MFS Investors Growth ST FD CL B (MS) | A | Dividend | K | T | | | | | |
| 22. - Boston, MA Bonds (13) (MS) | A | Interest | | | Redemption | 11/3 | J | A | |
| 23. - Massachusetts State Bonds (08) (MS) | A | Interest | | | Redemption | 7/1 | J | A | |
| 24. - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | Partial Redemption | 6/11 | J | A | |
| 25. - Massachusetts State Bonds (12) (MS) | B | Interest | K | T | Partial Redemption | 6/11 | J | A | |
| 26. - Boston, MA Bonds (14) (MS) | C | Interest | | | Redemption | 11/3 | L | A | |
| 27. - Davis New York Venture B (MS) | A | Dividend | M | T | | | | | |
| 28. - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | | | | |
| 29. - Massachusetts State Bonds (13) (MS) | A | Interest | J | T | | | | | |
| 30. - Lynn, MA Bonds (14) (MS) | A | Interest | K | T | | | | | |
| 31. - Massachusetts State Bonds (15) (MS) | B | Interest | | | Redemption | 8/1 | K | A | |
| 32. - Massachusetts State Bonds (15) (MS) | B | Interest | K | T | | | | | |
| 33. - Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 34. - Virginia Beach, VA Bonds (21) (MS) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Massachusetts State Bonds (37) (MS) | D | Interest | L | T | | | | | |
| 36. TIAA-CREF RETIREMENT PLAN ● (see note 2) | E | Int./Div. | P1 | T | | | | | |
| 37. - TIAA Fund ● | | | | | | | | | |
| 38. - CREF stock ● | | | | | | | | | |
| 39. - CREF Global ● | | | | | | | | | |
| 40. VANGUARD IRA ACCOUNT ● (see note 3) | A | Dividend | M | T | | | | | |
| 41. - Index 500 Fund ● | | | | | | | | | |
| 42. - Windsor Fund ● | | | | | | | | | |
| 43. - Windsor II Fund ● | | | | | | | | | |
| 44. FIDELITY IRA ACCOUNT ● (see note 4) | A | Dividend | K | T | | | | | |
| 45. - Income Fund ● | | | | | | | | | |
| 46. - Growth and Income Fund ● | | | | | | | | | |
| 47. - Magellan Fund ● | | | | | | | | | |
| 48. Scudder Cash Investment Trust MMF ● (see note 5) | A | Interest | J | T | | | | | |
| 49. Rental House, Wellfleet, MA ● | E | Rent | P1 | W | | | | | |
| 50. ▬▬ residence, Wellfleet, MA (occas. rent house) ● | C | Rent | P1 | W | | | | | |
| 51. BankAmerica, Boston, MA ● | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| BOUDIN, MICHAEL (NMI) | - | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kauai, Hawaii, land ● | A | None | O | W | | | | | |
| 53. Bank of Hawaii ● | A | Interest | J | T | | | | | |
| 54. Rental Prop. #1, Cambridge, MA ● | C | Rent | O | W | | | | | |
| 55. Rental Prop. #2, Cambridge, MA ● | C | Rent | O | W | | | | | |
| 56. MERRILL LYNCH ● | | | | | | | | | |
| 57. - General Electric stock ● (see note 6) | A | Dividend | J | T | | | | | |
| 58. - CMA money fund ● | A | Dividend | J | T | | | | | |
| 59. TRUST #1 | B | Dividend | L | T | | | | | |
| 60. - RMA Money Market Portfolio (UBS) | | | | | Cash Transfer Out | 5/19 | J | A | |
| 61. - UBS US Allocation Fund Class C | | | | | Partial Sale | 8/26 | J | D | |
| 62. TRUST #2 | D | Dividend | M | T | | | | | |
| 63. - RMA Money Market Portfolio (UBS) | | | | | Cash Transfer Out | 9/26 | M | A | |
| 64. - UBS US Allocation Fund Class C | | | | | | | | | |
| 65. RMA Government Portfolio (UBS) | | | | | Cash Transfer In | 9/26 | M | A | |
| 66. TRUST #3 | E | Int./Div. | O | T | | | | | |
| 67. -RMA Money Mkt Portfolio (UBS) | | | | | Cash Transfer Out | 9/26 | O | A | |
| 68. -RMA Government Portfolio (UBS) | | | | | Cash Transfer In | 9/26 | O | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Great Neck, NY Bond (08) (UBS) | | | | | Redemption | 7/15 | K | A | |
| 70.   - New Rochelle, NY Bond (09) (UBS) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000+ | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 08/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

MICHAEL BOUDIN
ATTACHMENT TO PART VII

Note 1: My Covington & Burling and TIAA-CREF retirement plans involve tax-deferred income which is not fully calculated. I have therefore estimated "income" at 5% of year-end asset value.

Note 2: In all funds, dividends are reinvested; regular employer contributions are made for new investment in the CREF Stock fund. Income is estimated as 5% of asset value.

Note 3: In all funds, dividends are reinvested; regular monthly employee contributions are made for new investment in the Index 500 fund.

Note 4: In all funds, dividends are reinvested.

Note 5: Dividends are reinvested.

Note 6: This item was mistakenly duplicated last year at lines 62 and 66

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 08/04/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) BOUDIN, MICHAEL (NMI) | 2. Court or Organization U.S. COURT OF APPEALS, 1ST CIR | 3. Date of Report 06/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. COURTHOUSE 1 COURTHOUSE WAY, SUITE 7710 BOSTON, MASSACHUSETTS 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Council | American Law Institute |
| 2. Trustee or Co-trustee | Trust #1, Trust #2 and Trust #3 |
| 3. Editorial Advisor | Daedelus (Journal of the American Academy of Arts and Sciences) |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. [N/A] | Vested pension plan account at former law firm, Covington & Burling |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 12 A 11: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Harvard Law School - teaching | $25,830.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Professorship at Harvard Law School ● |
| 2. 2008 | Harvard University Press Book Royalties ● |
| 3. 2008 | Article for Constitutional Law Symposium ● |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Virginia Law School | 3/28-3/30 | Charlottesville, VA | Moot Court | University of Virginia Law School--transportation, meals and lodging |
| 2. American Law Institute | 10/5-10/7 | New York, New York | Attendance at Council mtg | American Law Institute--transportation and meals |
| 3. American Law Institute | 12/04-12/05 | Philadelphia, PA | Attendance at Council mtg | American Law Institute--transportation, meals and lodging |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Eastern Co. | Blanket mortg. on ████ rental property, Wellfleet, MA | M |
| 2. GMAC | Mortg. on rental prop. #1, Cambridge, MA | M |
| 3. GMAC | Mortg. on rental prop. #2, Cambridge, MA | N |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) _ | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. C & B PENSION PLAN (see note 1) | G | Int./Div. | P1 | T | | | | | |
| 2. - Ranier Small/Mid Cap Equity | | | | | | | | | |
| 3. - Schwab Stable Value Instl Class II | | | | | | | | | |
| 4. TIAA-CREF RETIREMENT PLAN (see note 1) | C | Int./Div. | L | T | | | | | |
| 5. - TIAA Traditional | | | | | | | | | |
| 6. - CREF Stock | | | | | | | | | |
| 7. Bank of America acount Bos, MA | B | Interest | L | T | | | | | |
| 8. TD BankNorth acc't Wellfleet,MA | A | Interest | J | T | | | | | |
| 9. UBS FINANCIAL SERVICES, INC. | | | | | | | | | |
| 10. RMA Government Portfolio (UBS) | A | Interest | N | T | | 10/1 | N | A | |
| 11. -Dryden Nat. Muni Fund (UBS) | A | Interest | J | T | | | | | |
| 12. - Dul.,MN Pub. Hsg Auth. Bds(09) (UBS) | B | Interest | K | T | | | | | |
| 13. - RMA Money Market Portfolio (UBS) | A | Dividend | | | | 9/26 | J | A | |
| 14. - UBS US Allocation Fund C (UBS) | C | Dividend | M | T | | | | | |
| 15. - Youngstown, OH Pub. Housing Bonds (08) (UBS) | A | Interest | | | | 7/1 | J | A | |
| 16. UBS Bank USA deposit account (UBS) | D | Interest | L | T | | 9/30 | N | A | |
| 17. MORGAN STANLEY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ---Standard & Poor's Dep. Recpts (MS) | C | Dividend | M | T | | | | | |
| 19. - Active Assets Tax Free Trust Account (cash equiv.) (MS) | D | Interest | N | T | | | | | |
| 20. - Springfield, MA Bonds (12) (MS) | B | Interest | K | T | | | | | |
| 21. - MFS Investors Growth ST FD CL B (MS) | A | Dividend | K | T | | | | | |
| 22. - Boston, MA Bonds (13) (MS) | A | Interest | | | | 11/3 | J | A | |
| 23. - Massachusetts State Bonds (08) (MS) | A | Interest | | | | 7/1 | J | A | |
| 24. - - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | 6/11 | J | A | |
| 25. - Massachusetts State Bonds (12) (MS) | B | Interest | K | T | | 6/11 | J | A | |
| 26. - Boston, MA Bonds (14) (MS) | C | Interest | | | | 11/3 | L | A | |
| 27. - Davis New York Venture B (MS) | A | Dividend | M | T | | | | | |
| 28. - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | | | :.: | |
| 29. - Massachusetts State Bonds (13) (MS) | A | Interest | J | T | | | | | |
| 30. - Lynn, MA Bonds (14) (MS) | A | Interest | K | T | | | | | |
| 31. - Massachusetts State Bonds (15) (MS) | B | Interest | | | | 8/1 | K | A | |
| 32. - Massachusetts State Bonds (15) (MS) | B | Interest | K | T | | | | | |
| 33. - Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 34. - Virginia Beach, VA Bonds (21) (MS) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BQUDIN, MICHAEL (NMI) | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Massachusetts State Bonds (37) (MS) | D | Interest | L | T | | | | | |
| 36. TIAA-CREF RETIREMENT PLAN ● (see note 2) | E | Int./Div. | P1 | T | | | | | |
| 37. - TIAA Fund ● | | | | | | | | | |
| 38. - CREF stock ● | | | | | | | | | |
| 39. - CREF Global ● | | | | | | | | | |
| 40. VANGUARD IRA ACCOUNT ● (see note 3) | A | Dividend | M | T | | | | | |
| 41. - Index 500 Fund ● | | | | | | | | | |
| 42. - Windsor Fund ● | | | | | | | | | |
| 43. - Windsor II Fund ● | | | | | | | | | |
| 44. FIDELITY IRA ACCOUNT ● (see note 4) | A | Dividend | K | T | | | | | |
| 45. - Income Fund ● | | | | | | | | | |
| 46. - Growth and Income Fund ● | | | | | | | | | |
| 47. - Magellan Fund ● | | | | | | | | | |
| 48. Scudder Cash Investment Trust MMF ● (see note 5) | A | Interest | J | T | | | | | |
| 49. Rental House, Wellfleet, MA ● | E | Rent | P1 | W | | | | | |
| 50. ▮▮▮▮ Wellfleet, MA (occas. rent house) ● | C | Rent | P1 | W | | | | | |
| 51. BankAmerica, Boston, MA ● | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kauái, Hawaii, land ▮ | A | None | O | W | | | | | |
| 53. Bank of Hawaii ● | A | Interest | J | T | | | | | |
| 54. Rental Prop. #1, Cambridge, MA ▮ | C | Rent | O | W | | | | | |
| 55. Rental Prop. #2, Cambridge, MA ▮ | C | Rent | O | W | | | | | |
| 56. MERRILL LYNCH ● | | | | | | | | | |
| 57. - General Electric stock ▮ (see note 6) | A | Dividend | J | T | | | | | |
| 58. - CMA money fund ● | A | Dividend | J | T | | | | | |
| 59. TRUST #1 | B | Dividend | L | T | | | | | |
| 60. - RMA Money Market Portfolio (UBS) | | | | | | 5/19 | J | A | |
| 61. - UBS US Allocation Fund Class C | | | | | | 8/26 | J | D | |
| 62. TRUST #2 | D | Dividend | M | T | | | | | |
| 63. - RMA Money Market Portfolio (UBS) | | | | | | 9/26 | M | A | |
| 64. - UBS US Allocation Fund Class C | | | | | | | | | |
| 65. RMA Government Portfolio (UBS) | | | | | | 9/26 | M | A | |
| 66. TRUST #3 | E | | O | T | | | | | |
| 67. -RMA Money Mkt Portfolio (UBS) | | | | | | 9/26 | O | A | |
| 68. -RMA Govrenment Portfolio | | | | | | 9/26 | O | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.  - Great Neck, NY Bond (08) (UBS) | | | | | | 7/15 | K | A | |
| 70.  - New Rochelle, NY Bond (09) (UBS) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

MICHAEL BOUDIN, Report Dated May 30, 2007
ATTACHMENT TO PART VII

Note 1: My Covington & Burling and TIAA-CREF retirement plans involve tax-deferred income which is not fully calculated. I have therefore estimated "income" at 5% of year-end asset value.

Note 2: In all funds, dividends are reinvested; regular employer contributions are made for new investment in the CREF Stock fund. Income is estimated as 5% of asset value.

Note 3: In all funds, dividends are reinvested; regular monthly employee contributions are made for new investment in the Index 500 fund.

Note 4: In all funds, dividends are reinvested.

Note 5: Dividends are reinvested.

Note 6: This item was mistakenly duplicated last year at lines 62 and 66

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544